United States District Court
Southern District of Texas
**ENTERED**
September 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION ) ) Case No. 4:23-CV-01390 |
| CHEA ROCKY MOUNTAIN, LLC, | ) ) |
|     Defendant. | ) ) |

## ORDER OF DISMISSAL AS TO DEFENDANTS

In accordance with the Joint Stipulation of Dismissal with Prejudice filed September 27, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, CHEA ROCKY MOUNTAIN, LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on _____September 27_____, 2023.

_____
GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record